UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BETTY MADISON, as mother and heir of decedent ERIC DUANE MADISON,<br><br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY, a foreign corporation; DOES 1 through X inclusive; ABC Corporations I through X inclusive; and BLACK AND WHITE COMPANIES I through X;<br><br>Defendant. | Case No. 3:18-cv-00128-LRH-VPC<br><br>ORDER |

Before the court is defendant Progressive Casualty Insurance Company's Supplement to Petition and Statement of Removal. ECF No. 9.

Plaintiff Betty Madison initiated the present action against defendants on February 16, 2018, in the Second Judicial District Court for Washoe County, Nevada. On March 26, 2018, defendant Progressive Casualty Insurance Company removed this action to federal court on the basis of diversity jurisdiction. ECF No. 1.

On April 2 2018, the court reviewed the removal petition and held that it was not clear from the complaint that the amount in controversy had been met. ECF No. 6. The court granted defendant twenty days to establish the amount in controversy by submitting summary judgment type evidence to the court. *Id.* Thereafter, defendant filed a supplement to its petition for removal. ECF No. 9.

1

The court has reviewed defendant's supplement to petition and statement of removal and finds that defendant has established that the amount in controversy has been met.

Accordingly, the court shall accept defendant's removal of this action and exercise diversity jurisdiction over the complaint.

IT IS SO ORDERED.

DATED this 29th day of May, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE