Leah Ronhaar, Esq.
Nevada State Bar No. 13013
BRADLEY, DRENDEL & JEANNEY
P.O. Box 1987
Reno, NV 89505
Telephone No. (775) 335-9999
Facsimile No. (775) 335-9993
*Attorney for Plaintiff*

```
✓ FILED          ___ RECEIVED
___ ENTERED      ___ SERVED ON
         COUNSEL/PARTIES OF RECORD

           JUL 18 2018

       CLERK US DISTRICT COURT
         DISTRICT OF NEVADA
BY: _____ DEPUTY
```

ORDER

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BETTY MADISON, | Case No. 3:18-cv-00128-LRH-VPC |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF MOTION AND REQUEST TO VACATE HEARING** |
| v. | |
| PROGRESSIVE CASUALTY INSURANCE COMPANY, a foreign corporation; DOES I through X inclusive; ABC CORPORATIONS I through X inclusive; and BLACK AND WHITE COMPANIES I through X, | Hearing Date: July 19, 2018<br>Hearing Time: 11:00 a.m. |
| Defendants. | |

TO: ALL INTERESTED PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that Plaintiff BETTY MADISON does hereby withdraw her Motion for Protective Order filed on June 11, 2018, and respectfully requests the court vacate the hearing set for July 19, 2018 at 11:00 a.m.

AFFIRMATION Pursuant to NRS 239B.030

The undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

Dated this _18_ day of July 2018.

IT IS SO ORDERED
_/s/_
U.S. MAGISTRATE JUDGE
DATED: July 18, 2018

BRADLEY, DRENDEL & JEANNEY

_/s/_
Leah Ronhaar, Esq.
*Attorney for Plaintiff*

-1-

Our File No. 203814

LAW OFFICE OF
BRADLEY,
DRENDEL
& JEANNEY
P.O. BOX 1987
RENO, NV 89505
(775) 335-9999