UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BETTY MADISON, as mother and heir of decedent ERIC DUANE MADISON,<br><br>    Plaintiff,<br><br>vs.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY, a foreign corporation; DOES I through X inclusive; ABC Corporation I through X inclusive; and BLACK AND WHITE COMPANIES I through X,<br><br>    Defendants. | CASE NO.: 3:18-cv-00128-LRH-CBC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>KRISTIE MADISON,<br><br>    Third-Party Defendant. | |

1

IT IS HEREBY STIPULATED by and between Plaintiff BETTY MADISON, Defendant/Third-Party Plaintiff PROGRESSIVE CASUALTY INSURANCE COMPANY and Third-Party Defendant KRISTIE MADISON, by and through their respective counsel, that Plaintiff BETTY MADISON's action against Defendant/Third-Party Plaintiff PROGRESSIVE CASUALTY INSURANCE COMPANY, Defendant/Third-Party Plaintiff PROGRESSIVE CASUALTY INSURANCE COMPANY's action against Third-Party Defendant KRISTIE MADISON and all claims shall be, and are hereby, dismissed with prejudice, each party to bear their own costs and attorney's fees.

There has been no trial date set in this case.

DATED this 4th day of September, 2018.

K E A T I N G LAW GROUP

/s/JOHN T. KEATING/
JOHN T. KEATING
Nevada Bar No.: 6373
9130 W. Russell Road, Ste. 200
Las Vegas NV 89148
Attorney for Defendant/Third-Party Plaintiff
*Progressive Casualty Insurance Company*

DATED this 4th day of September, 2018.

BRADLEY, DRENDEL & JEANNEY

/s/LEAH RONHAAR/
LEAH RONHAAR, ESQ.
Nevada Bar No.: 13013
P.O. Box 1987
Reno NV 89202
Attorney for Plaintiff
*Betty Madison*

DATED this 4th day of September, 2018.

GERRARD, COX & LARSEN

/s/JOHN M. LANGEVELD/
JOHN M. LANGEVELD, ESQ.
Nevada Bar No.: 11628
2450 St. Rose Pkwy, Ste. 200
Henderson NV 89074
Attorney for Third-Party Defendant
*Kristie Madison*

## ORDER

IT IS SO ORDERED that Plaintiff BETTY MADISON's action against Defendant/Third-Party Plaintiff PROGRESSIVE CASUALTY INSURANCE COMPANY, Defendant/Third-Party Plaintiff PROGRESSIVE CASUALTY INSURANCE COMPANY's action against Third-Party Defendant KRISTIE MADISON and all claims shall be, and are hereby, dismissed with prejudice, each party to bear their own costs and attorney's fees.

DATED this 5th day of September, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE